UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-20106-CIV-MARTINEZ-OTAZO-REYES

TONY VEGA, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

PITT STREET ASSOCIATES, LLC D/B/A
EXIT REALTY ASSOCIATES, a Virginia
limited liability company,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal without Prejudice [ECF No. 21]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. Each party shall bear their own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of June, 2019.

                                                                     JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record